UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH BERGSTROM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:17-cv-00039 |
| | ) | Chief Judge Crenshaw |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. No. 14) recommending that Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 11) be denied, and that the Commissioner's decision denying benefits be affirmed. No objections have been filed. Having undertaken *de novo* review, the Court agrees with the Magistrate Judge's analysis and recommended disposition.

Accordingly, the Report and Recommendation (Doc. No. 14) is **ADOPTED** and **APPROVED**, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 11) is **DENIED**, and the Commissioner's decision denying benefits is **AFFIRMED**.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE